U.S. District Judge Marsha J. Pechman
U.S. Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOKTHAR CHEBIL (Agency # A75-107-283),<br><br>         Petitioner,<br><br>    v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States;  MICHAEL CHERTOFF, Secretary of Homeland Security; and A NEIL CLARK, Seattle Field Office Director, BICE; WARDEN of Immigration Detention Facility; and the Bureau of Immigration and Customs Enforcement,<br><br>         Respondents. | Case No.  CV-06-1628-MJP-MAT<br><br>ORDER FOR EXTENSION OF TIME FOR FILING RETURN AND STATUS REPORT |

The parties having stipulated to an extension of time to December 20, 2006, for the government's filing of its Return and Status Report,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this <u>14th</u> day of December, 2006.

    <u>s/ Mary Alice Theiler     </u>
    United States Magistrate Judge

ORDER FOR STIPULATION FOR EXTENSION
OF TIME TO FILE RETURN AND STATUS REPORT  – 1
(CV-06-1628-MJP-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | /s/Christopher L. Pickrell<br>CHRISTOPHER L. PICKRELL, WSBA # 12787<br>Assistant United States Attorney |
| 4 | United States Attorney's Office<br>700 Stewart Street, Suite 5220 |
| 5 | Seattle, Washington  98101-1271<br>Telephone: (206) 553-7970 |
| 6 | Fax: (206) 553-4073<br>E-mail: chris.pickrell@usdoj.gov |
| 7 | |
| 8 | /s/ Jay Warren Stansell<br>JAY WARREN STANSELL<br>Assistant Federal Public Defender |
| 9 | Westlake Center Office Tower<br>1601 - 5th Avenue, Suite 700 |
| 10 | Seattle, WA 98101<br>Phone: (206) 553-1100 |
| 11 | Fax: (206) 553-0120<br>E-mail: jay_stansell@fd.org |
| 12 | |
| 13 | |
| ... | |
| 28 | |

ORDER FOR STIPULATION FOR EXTENSION
OF TIME TO FILE RETURN AND STATUS REPORT   – 2
(CV-06-1628-MJP-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970