District Judge Marsha J. Pechman
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOKTHAR CHEBIL,<br><br>  Petitioner,<br><br>  v.<br><br>ALBERTO GONZALES, Attorney General, *et al.*,<br><br>  Respondents. | NO.  06-cv-1628-MJP-MAT<br><br>~~JOINT STIPULATION AND~~ ORDER CONTINUING PETITIONER'S RESPONSE DATE |

Petitioner and Respondents, through their respective counsel, stipulate and agree to an extension of time for Petitioner to file his response to the Government's Return and Motion to Dismiss (Dkt. # 14) to Friday, February 16, 2007.  The parties believe that an extension of time will allow them to resolve remaining issues regarding Petitioner's release from custody on electronic monitoring and, thereby, render any further proceedings moot.

February 9, 2007
DATED

s/Jay Warren Stansell
JAY WARREN STANSELL
Assistant Federal Public Defender
Attorney for Petitioner
1601 - 5th Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
E-mail: jay_stansell@fd.org

~~JOINT STIPULATION AND~~ ORDER
CONTINUING PETITIONER'S RESPONSE
DATE -- 1
(Mokthar Chebil; 06-cv-1628-MJP-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

| | | |
|---|---|---|
| 1 | February 9, 2007<br>DATED | /s/Christopher L. Pickrell<br>CHRISTOPHER L. PICKRELL, WSBA # 12787<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Telephone: (206) 553-7970<br>Fax: (206) 553-4073<br>E-mail: chris.pickrell@usdoj.gov |

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED that ~~Respondent's~~ Petitioner's deadline to respond to the Return and Motion to Dismiss (Dkt. # 14) is extended to Friday, February 16, 2007.

DATED this 14th day of February, 2007.

Mary Alice Theiler
United States Magistrate Judge

~~JOINT STIPULATION AND~~ ORDER
CONTINUING PETITIONER'S RESPONSE
DATE -- 2
(Mokthar Chebil; 06-cv-1628-MJP-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**